# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| HARRY SHAROD JAMES a/k/a Harry Sharod James-El, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:21-cv-00191-MR |
| vs. | ) ) ) | |
| CRAGGY CORRECTIONAL CENTER MAIL ROOM, et al., | ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2021 Order.

October 26, 2021

Frank G. Johns, Clerk
United States District Court